FORM oncnf11V (03/21)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Panama City Division

---

In Re: Tommy Earl Hamm Jr.
    aka Tommy Earl Hamm II
    SSN/ITIN: xxx–xx–3196
    Debtor

    Jamie Nicole Hamm
    aka Jamie N Gunn
    SSN/ITIN: xxx–xx–2266
    Joint Debtor

Bankruptcy Case No.:  23–50014–KKS

Chapter:  11 Subchapter V
Judge:  Karen K. Specie

---

### Order (1) Scheduling Hearing on Confirmation of Subchapter V Plan, and (2) Fixing Time for Filing Acceptances, Rejections, and Objections to Plan, § 1111(b) Elections and Objections to Discharge

Debtor(s) having filed the Subchapter V Plan ("Plan," Doc. 82 ) pursuant to 11 U.S.C. § 1189 and Bankruptcy Rule 3016, it is

**ORDERED:**

1. **Confirmation Hearing**. On **June 28, 2023, at 01:30 PM, Eastern Time, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301** the court will conduct a hearing to consider confirmation of the Plan ("Confirmation Hearing"); the Court will also consider timely filed 11 U.S.C. § 1191(b) ("Cramdown") motions, applications for compensation and allowance of administrative claims, 11 U.S.C. § 1111(b) elections and objections to discharge. The Court may also consider other pending matters. Parties may appear at the following alternate location:  via Zoom (see FLNB Zoom video and telephone instructions at www.flnb.uscourts.gov/zoom).

2. **Adjournment**. The Court may adjourn, reschedule, or change the location and manner of conducting the Confirmation Hearing by announcement made in open Court or by separate Notice or Docket Entry.

3. **Solicitation Package**. Debtor or its counsel shall serve, as required by Bankruptcy Rule 3017(d), a Solicitation Package on:

   a. all creditors;
   b. equity security holders;
   c. the United States Trustee;
   d. the Subchapter V Trustee; and
   e. other parties in interest.

   The Solicitation Package shall include the Plan and all exhibits, a copy of this Order, and a ballot for accepting or rejecting the Plan.

4. **Deadline for Service of Solicitation Package**. Pursuant to Bankruptcy Rule 2002(b), the Solicitation Package shall be served so that creditors have no less than twenty–eight (28) days after receipt (or, pursuant to Bankruptcy Rule 9006(f), thirty–one (31) days if served by mail) to file objections to confirmation and to vote on the Plan. Debtor's counsel shall then promptly file a certificate of such service.

5. **Deadline for Accepting or Rejecting Plan**. No later than **seven (7) days** before the Confirmation Hearing, creditors and other parties in interest shall provide written acceptances or rejections of the Plan ("Ballots") to Debtor's counsel and the Subchapter V Trustee.

6. **Deadline for Filing Objections to Confirmation**. No later than **seven (7) days** before the Confirmation Hearing, parties must file written objections to confirmation of the Plan and serve any objection(s) on the Debtor, counsel for the Debtor, the Subchapter V Trustee, and the United States Trustee.

7. **Ballot Tabulation**. No later than **three (3) days** before the Confirmation Hearing, Debtor shall file a Ballot Tabulation in accordance with this Court's Local Rules.

8. **Deadline for Filing § 1111(b) Election**. An election pursuant to 11 U.S.C. § 1111(b) must be filed no later than **seven (7) days** before the first date set for Confirmation Hearing.

9. **Confirmation Affidavit**. At least **three (3) days** prior to the Confirmation Hearing, Debtor shall file an affidavit containing the facts that establish that each of the requirements of 11 U.S.C. § 1191 of the Bankruptcy Code are met ("Confirmation Affidavit"). The Confirmation Affidavit should contain sufficient information to permit the Court, creditors, and parties in interest to easily understand the significant terms of the Plan and facts of the case. IN THE ABSENCE OF A TIMELY CONFIRMATION AFFIDAVIT, THE DEBTOR MUST BE PREPARED TO PRESENT LIVE TESTIMONY IN SUPPORT OF CONFIRMATION.

10. **Procedure for Confirmation Hearing**. If a party timely files an objection to confirmation of the Plan, the Court will determine the appropriate manner to address the objection at the Confirmation Hearing. The Court may continue the hearing if it determines that additional evidence, argument, or briefing is required.

11. **Procedure if No Objection to Confirmation is Filed**. If no party objects to confirmation of the Plan, the Court may confirm the Plan at the Confirmation Hearing if the Debtor provides sufficient evidence (e.g., Confirmation Affidavit, witness testimony, declaration, or documents) to allow the Court to make findings required by 11 U.S.C. § 1191.

12. **Security Checkpoints and Other Requirements. No party or attorney will be permitted to participate in any in–person hearing without complying with all the requirements posted on the Court's website (https://www.flnb.uscourts.gov) or at the courthouse(s), including but not limited to social distancing. A photo ID is required for entry int all Courthouses.**

**DONE AND ORDERED** on May 2, 2023.

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge

**SERVICE:** Debtor's attorney is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.*