**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Panama City Division

---

| | |
|---|---|
| In Re: Tommy Earl Hamm Jr.<br>   aka Tommy Earl Hamm II<br>   SSN/ITIN: xxx–xx–3196<br>   Debtor | Bankruptcy Case No.:  23–50014–KKS |
| Jamie Nicole Hamm<br>   aka Jamie N Gunn<br>   SSN/ITIN: xxx–xx–2266<br>   Joint Debtor | Chapter:  11 Subchapter V<br>Judge:  Karen K. Specie |

---

**Notice of Continued Status Conference
via Video**

---

PLEASE TAKE NOTICE that a Status Conference will be held on September 21, 2023, at 02:00 PM, Eastern Time, via ZOOM. Parties may appear at the following alternate location:  Tallahassee – U.S. Bankruptcy Courthouse, 110 E. Park Ave., Tallahassee, FL.

   *82* – Chapter 11 Subchapter V Plan Filed by Joint Debtor Jamie Nicole Hamm, Debtor Tommy Earl Hamm Jr. (Re: 17 Notice of 341 Meeting of Creditors – Chapter 11). (Wynn, Michael)

PLEASE GOVERN YOURSELVES ACCORDINGLY.

| | |
|---|---|
| Dated: July 31, 2023 | FOR THE COURT<br>Traci E. Abrams, Clerk of Court<br>110 E. Park Ave., Ste. 100<br>Tallahassee, FL 32301 |

**SERVICE:** Michael Wynn shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.

**Zoom Participation Instructions:**
Parties who wish to ACTIVELY participate in this proceeding MUST: (1) Register through the Court's website at http://www.flnb.uscourts.gov/zoom (2) Dress in appropriate attire; (3) Mute their microphone when not speaking; and (4) Participate from a quiet location. Parties who wish to listen only, not actively participate, or do not have video capability may appear telephonically via Zoom (registration required as noted above). *Zoom participants must register as soon as possible for emergency/expedited hearings, if applicable.*